## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 NOV 27  PM 5: 00

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:06CR3127 |
| | ) | |
| LYNNDARRELL BERRY, SR., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.  The Clerk shall provide a copy of the Order to defense counsel and Pretrial Services.

DATED this _27_ day of _Nov_____, 2006.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge