IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3127 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LYNNDARRELL BERRY, SR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)  The defendant's motion to review detention, (filing no. 64), is granted.

2)  The defendant shall be released under the terms and conditions of his supervised release which were imposed at sentencing except as follows:

   a.  The defendant shall reside with his parents, and be on electronic monitoring at his own cost.

   b.  The defendant shall attend and successfully complete the Intensive Outpatient Treatment Program and domestic violence classes at the Nebraska Urban Indian Health Coalition (NUIHC) in Omaha, Nebraska.

DATED this 25th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge