IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3127 |
| V. | ) | |
| LYNNDARRELL FONTAINE BERRY SR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to release defendant for funeral (filing 84) is denied.

DATED this 17th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge