IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3127 |
| vs. | ) | |
| | ) | |
| Lynndarrell Fontaine Berry, Sr., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for the docket sheet of this case and the transcript of hearing held on February 22, 2012 (filing 87).

IT IS ORDERED:

1.     The request for a docket sheet and transcript (filing 94) is granted.

2.     Lynndarrell Fontaine Berry, Sr. is ordered to pay to the Clerk of Court the amount of $80.30.   Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.   Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3.     Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on February 22, 2012.   A paper copy of the transcript shall be mailed to the requestor.  A copy of this order and the docket sheet should also be mailed to the requestor.

Dated:  April 29, 2013

BY THE COURT:


*Richard G. Kopf*
Senior United States District Judge