IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3127 |
| | ) | |
| V. | ) | |
| | ) | |
| LYNNDARRELL FONTAINE BERRY SR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 96) is granted. The Clerk of Court shall mail a copy of the docket sheet for this case to the defendant at no cost.

DATED this 27th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge